**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Jose Perez-Ibarra,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

Case No: 01-18 RHK/JMM
Date: April 19, 2007
Court Reporter: Dawn Hansen
Time Commenced: 2:34 p.m.
Time Concluded: 2:40 p.m.
Time in Court: 6 Minutes

## APPEARANCES:

Plaintiff: Ann Anaya, Assistant U.S. Attorney
Defendant: Richard Sand : Retained
Interpreter / Language: Adriana Ulberg / Spanish

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Supervised Release is hereby terminated upon release from custody.
: Defendant is sentenced to: BOP 6 months to run consecutively to term imposed in Cr. #05-418 JMR/AJB
: Written order to be issued.

s/Heather Labat
Calendar Clerk